Sean Whiteman
5269 Ivy Creek Ln
Lakeland, TN 38002




April 18, 2016

U.S. Bankruptcy Court
600 Granby Street, Room 400
Norfolk, VA 23510-1915

RE: Case No. 15-72132-FJS

*Dear Karen M. Crowley,*

In response to the enclosed letter, I would like to update my address on file. The case number is: 15-72132-FJS. My address is:

5269 Ivy Creek Ln

Lakeland, TN 38002

Respectfully,

Sean Whiteman

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 15-72132-FJS |
| ROBERT LOUIS JOYCE, JR., ) | |
| ) | |
| *Debtor.* ) | Chapter 13 |
| ) | |

## ORDER DENYING MOTION TO CONTINUE HEARING ON OBJECTION TO MOTION TO ALLOW LATE PROOF OF CLAIM

Thomas M. Simms (the "Creditor") filed a motion to allow late filing of claim *pro se* on February 23, 2016. The Creditor failed to provide notice of the hearing date issued by the Clerk. On March 4, 2016, the Debtor filed an objection to the motion to allow late filing of claim (the "Objection"). The Clerk issued a hearing date of April 6, 2016, on the Objection. On March 10, 2016, the Debtor filed a notice of the April 6, 2016 hearing.

On March 31, 2016, less than a week before the scheduled hearing on the Objection, the Creditor filed a motion to continue the hearing (the "Motion to Continue"), requesting a new hearing date of April 14, 2016. The Motion to Continue did not provide a reason for the requested continuance. Therefore, the Court finds that the Motion to Continue should be denied.

Accordingly, the Court ORDERS that the Motion to Continue is DENIED.

The Clerk shall deliver copies of this Order to the Debtor; counsel for the Debtor; the Creditor; the Chapter 13 Trustee; and to all creditors and parties in interest.

IT IS SO ORDERED.

Apr 5 2016

/s/ Stephen C. St.John
FRANK J. SANTORO
United States Bankruptcy Judge

Entered on Docket: 4/6/16